UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATIONS: 21 U.S.C. §846 |
| v. | : | (Conspiracy to Distribute and Possess With |
| | : | Intent to Distribute 100 Grams or More of |
| | : | mixture and substance of Phencyclidine, |
| KEITH ODLE, | : | Ecstasy, and 5 Grams or More of Cocaine |
| Defendant. | : | Base); |
| | : | 18 U.S.C. §1962(d) |
| | : | (Conspiracy to Participate in a Racketeer |
| | : | Influenced Corrupt Organization) |

**CRIMINAL INFORMATION**

The United States Attorney charges that:

**COUNT ONE**
**NARCOTICS CONSPIRACY**

**A. THE CONSPIRACY**

From on or about sometime in at least 1997, the exact date being unknown to the government, and continuing thereafter up to and including November 2004, within the District of Columbia, and elsewhere, the defendant, **KEITH ODLE,** together with other persons known to the government, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown to the government, to unlawfully, knowingly, and intentionally possess with intent to distribute and to distribute the following:

(a) mixtures and substances containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixtures and substances was 100 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv);

(b) mixtures and substances containing a detectable amount of 3, 4 Methylenedioxyamphetamine Hydrochloride ("MDA") and 3, 4 Methylenedioxymethamphetamine Hydrochloride ("MDMA"), both commonly known as Ecstasy, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(c) mixtures and substances containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II narcotic controlled substance, and the amount of said mixtures and substances was five (5) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

**B. GOALS OF THE CONSPIRACY**

(1) It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the defendant and co-conspirators acquired phencyclidine, also known as PCP, Ecstasy, and cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere.

(2) It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances; to collect monies owed to members of the conspiracy; to protect the conspiracy and its members from detection, apprehension and prosecution by law enforcement; and to promote and enhance the reputation and standing of members of the conspiracy.

**C. OVERT ACTS**

In furtherance of the conspiracy, and in order to effect the objects thereof, the defendant, co-conspirators and others not named herein, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

1. On or about November 8, 2002, in the 1200 block of 18th St., N.E. and then inside 1251 Bladensburg Ave., N.E., within the District of Columbia, **KEITH ODLE** had in his custody and control a mixture and substance containing phencyclidine, also known as PCP.

2. On or about November 8, 2002, in the 1200 block of 18th St., N.E. and then inside 1251 Bladensburg Ave., N.E., within the District of Columbia, **KEITH ODLE** had in his custody and

control a mixture and substance containing ecstasy.

3. On or about December 16, 2002, **KEITH ODLE,** while at Pennsylvania Ave. and the Suitland Parkway, in Forestville, MD., possessed a firearm, that is, an Intratec 9mm pistol, loaded with 27 rounds of ammunition.

(**Conspiracy to Distribute and Possess with Intent to Distribute 100 grams or More of Phencyclidine, Ecstasy, and 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO
## RICO CONSPIRACY

A. **The Enterprise**

(1) At various times relevant to this Information, the defendant, **KEITH ODLE,** together with people known to the government, were members and associates of an enterprise whose members and associates engaged in violence, including murder, attempted murder, assaults with intent to kill, assaults with a dangerous weapon, and armed robbery, and illegal drug trafficking, and which operated principally within the District of Columbia, and the metropolitan vicinity, including the State of Maryland and the Commonwealth of Virginia. The principal locations at which members of the conspiracy conducted their illegal drug business included but were not limited to: the 1200 block of 18th Street, N.E., the 1200 block of 18th Place, N.E., the 1700 and 1800 blocks of M Street, N.E., and the blocks surrounding this area, within the District of Columbia.

(2) The criminal organization, including its leadership, membership and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4) (hereinafter "the enterprise"), that is, a group of individuals associated in fact. The enterprise constituted of an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. This enterprise was engaged in, and its activities affected, interstate and foreign commerce.

(3) A principal goal of the organization was to obtain money and other things of value.

It was a further goal of the organization to traffic in controlled substances, including phencyclidine, also known as PCP, cocaine base, also known as crack cocaine, and Ecstasy, to commit acts of murder, attempted murder, robbery, burglary, assaults with a dangerous weapon, assaults with intent to kill, and other acts of violence for the following purposes, among others: to enrich the enterprise and its members; to create, maintain and control a market place for the distribution of its controlled substances; to enforce discipline among members of the enterprise; to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement; to prevent and retaliate against acts of violence perpetrated against the enterprise and its members; and to promote and enhance the reputation and standing of the enterprise and its members.

B. **THE RACKETEERING CONSPIRACY**

The Information incorporates by reference Section A of this Count, Count Two, as though fully restated and re-alleged herein.

(1)     From in or about sometime in at least 1997, the exact date being unknown to the government, and continuing thereafter up to and including November 2004, within the District of Columbia and elsewhere, the defendant, **KEITH ODLE,** together with people known to the government, being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, unlawfully, knowingly and intentionally did combine, conspire, confederate and agree together and with each other, and with persons known and unknown to the government, to violate Title 18, United States Code, Section 1962(c); that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined by Title 18, United States Code, Section 1961(1) and 1961(5), consisting of multiple acts involving: the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance, in violation of Title 21, United States Code, Sections

841 and 846; and acts involving murder, in violation of Title 22, D.C. Code, Sections 401, 1805, 2101, 2103, 2104, and 4502.

(2) It was part of the conspiracy that the defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

C. **OVERT ACTS**

In furtherance of the conspiracy and in order to effect the objects thereof, the defendant and his co-conspirators, known and unknown to the government, committed and caused to be committed the following overt acts, among others, within the District of Columbia, and elsewhere:

The Information incorporates by reference Section C, "OVERT ACTS," in Count One, as though fully restated and re-alleged herein.

**(Conspiracy to Participate in Racketeer Influenced Corrupt Organization**, in violation of Title 18, United States Code, Section 1962(d)).

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia.
Bar No. 498-610

BY: _____
DARLENE M. SOLTYS
Assistant United States Attorney
Bar No. 431-036
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4826
Washington, D.C. 20530
(202) 514–8147

BY: _____
JOHN P. DOMINGUEZ
Assistant United States Attorney
Bar No. 949-809
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4247
Washington, D.C. 20530
(202) 514-7060