AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Columbia _____

UNITED STATES OF AMERICA
V.

Keith Odle

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-341

**FILED**
DEC - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Keith Odle, the above named defendant, who is accused of Conspiracy to distribute and possess with intent to distribute 100 grams or more of a mixture and substance of phencyclidine, ecstasy, and 5 grams or more of cocaine base

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 1, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Keith Odle
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

12/1/06