UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-341 (RMC) |
| ) | |
| KEITH ODLE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Keith Odle filed a motion for postconviction relief [Dkt. #13] under 28 U.S.C. § 2255. The Court reviewed the motion and determined that it does not warrant summary dismissal. Accordingly, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, it is hereby

**ORDERED** that the United States Attorney for the District of Columbia shall answer or otherwise respond to Defendant's motion no later than June 4, 2007.

**SO ORDERED**.

Signed: April 3, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge