UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 06-341 (RMC)** |
| | : | |
| **KEITH ODLE,** | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF POSITION ON ODLE'S
### MOTION TO CORRECT SENTENCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, submits this notice of its position on the defendant's reply to the Government's reply on the petition and memorandum filed pursuant to 28 U.S.C. §2255, (Document 16).

The Government suggests that the court resolve this issue by granting the defendant's habeas petition and issuing an amended judgement and commitment order which revises the term of imprisonment at the top of page 3 to read as follows:

**"76 months, concurrent as to counts one and two of the information *nunc pro tunc*, December 20, 2006 and concurrently with the undischarged sentence imposed in Cr. 02-0565(AW) by the U.S. District Court of Maryland."**

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


        Darlene Soltys
        Assistant United States Attorney
        DC Bar # 431-036
        Organized Crime and Narcotics Section
        555 4th Street, N.W. –
        Washington, D.C. 20001
        (202) 514-8147


        John P. Dominguez
        Assistant United States Attorney
        DC Bar # 959809
        Organized Crime & Narcotics Section
        555 4th Street, N.W. – Room 4247
        Washington, D.C. 20001
        (202) 514-7060
        Fax: 202-514-8707


## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by e-mail (ECF) on counsel for the following defendants on this 13th day of June, 2007.

        _____
        John P. Dominguez
        Assistant U.S. Attorney